1    BENJAMIN B. WAGNER
     United States Attorney
2    MATTHEW G. MORRIS
     Assistant U.S. Attorney
3    501 I Street, Suite 10-100
     Sacramento, California 95814
4    Telephone: (916) 554-2700

**FILED**

AUG 1 4 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,      )   Case No. 2:13-cr-0273 MCE
                                   )
11        Plaintiff,               )
                                     )
12      v.                         )   ORDER TO SEAL
                                     )
13   SAMUEL THOMPSON,         )   (UNDER SEAL)
                                     )
14        Defendant.             )
                                     )
15    _____ )

17       The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Matthew G.

18   Morris to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the

19   arrest of the defendant or until further order of the Court.

20   Dated: 8/14/13

                               _____
21                                DALE A. DROZD
                               United States Magistrate Judge
22