**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
**Telephone:   (916) 922-9270**
**Facsimile:   (916) 922-2465**
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**SAMUEL CLINTON THOMPSON**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 13-00273 MCE |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE |
| vs. | |
| SAMUEL CLINTON THOMPSON | |
| Defendant, | |

It is hereby stipulated by the parties to this action to agree to modify condition number 13, which will read:

You shall not use or possess a computer in your residence or at any other location unless approved by the pretrial services officer, with the exception of your father's computer which shall be password protected and kept in a locked room to which the defendant does not have access. The defendant's father shall be allowed to install internet access on this computer only and no Wi-Fi internet access will be provided to the family residence.

All other conditions of release shall remain in full force and effect.

1
2  DATE: November 20, 2013                    */s/ Matthew G. Morris*_____
                                              MATTHEW G. MORRIS
3                                             **Assistant U.S. Attorney**
4
5  DATE: November 20, 2013                    /s/Ron Peters_____
                                              RON PETERS
6                                             Attorney for Defendant
                                              **Samuel Clinton Thompson**
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE

2

**IT IS HEREBY ORDERED**

Pursuant to stipulation of the parties the internet restrictions is hereby modified to allow the defendant's father to install internet in his residence per the stipulation.

**IT IS SO ORDERED.**

Dated:  November 20, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE