Law Offices of Ron Peters
RON PETERS (SBN: 45749)
50 Fullerton Court, Suite 207
Sacramento, California 95825
Telephone:   (916) 922-9270
Facsimile:   (916) 922-2465
Email: ronslaw207@sbcglobal.net

Attorney for Defendant
SAMUEL CLINTON THOMPSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SAMUEL CLINTON THOMPSON <br><br> Defendant | Case No.: 2:13-cr-00273-MCE-1 <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

   The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Matthew G. Morris, Assistant United States Attorney, and defendant Samuel Clinton Thompson, through his attorney, Ronald Peters, Esq, hereby stipulate and agree that the status conference scheduled for March 20, 2014 at 9:00 am should be continued to May 1, 2014 at 9:00 a.m.

   Defendant's attorney and the government have agreed that additional time is necessary to review the documents and additional discovery which will be forth coming. In addition the defendant is continuing an intensive regiment of ongoing psychological counseling to address potential issues at sentencing.

   Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and

1  Local Code  T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that

2  time be excluded under this provision March 20, 2014 to and including May 1, 2014.

**Respectfully Submitted,**
**BENJAMIN B. WAGNER**
**United States Attorney**

DATE: March 19, 2014                    */s/ Matthew G. Morris*
                                        MATTHEW G. MORRIS
                                        **Assistant U.S. Attorney**

DATE: March 19, 2014                    /s/Ron Peters
                                        RON PETERS
                                        Attorney for Defendant
                                        **Samuel Clinton Thompson**

**ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public.  The Court finds excludable time from March 20, 2014, to and including May 1, 2014, based on Local Code T4, giving counsel reasonable time to prepare.

IT IS SO ORDERED.

Dated:   March 25, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT