BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00273 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: May 1, 2014 |
| SAMUEL CLINTON THOMPSON, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Morrison C. England, Jr. |

The United States of America, by and through its counsel of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Matthew G. Morris, Assistant United States Attorney, and defendant Samuel Clinton Thompson, by and through his counsel of record, Ronald Peters, Esq., hereby stipulate and agree that the status conference scheduled for May 1, 2014 at 9:00 a.m. be continued to June 19, 2014 at 9:00 a.m.

The government has provided discovery of agent reports, and made the computers available for inspection. Defendant's attorney and the government have agreed that additional time is necessary to review documents and the additional discovery provided. Parties agree that time should be excluded pursuant to local code T4 from May 1, 2014 to and including June 19, 2014.

///

///

///

STIPULATION AND ORDER TO CONTINUE
STATUS CONFERENCE

1

1    IT IS SO STIPULATED.

2    Dated:  May 2, 2014                    BENJAMIN B. WAGNER
                                            United States Attorney
3

4                                           /s/ MATTHEW G. MORRIS
                                            MATTHEW G. MORRIS
5                                           Assistant United States Attorney

6

7    Dated:  May 2, 2014                    /s/ RONALD PETERS
                                            RONALD PETERS
8                                           Counsel for Defendant
                                            SAMUEL CLINTON THOMPSON
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO CONTINUE            2
STATUS CONFERENCE

BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00273 MCE |
|---|---|
| Plaintiff, | ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: May 1, 2014 |
| SAMUEL CLINTON THOMPSON, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Morrison C. England, Jr. |

The Court, having considered the stipulation of the parties, ECF No. 28, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the Defendant in a speedy trial. The Court finds excludable time from May 1, 2014 to and including June 19, 2014, based on Local Code T4, giving counsel reasonable time to prepare.

IT IS SO ORDERED.

Dated: May 2, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT