**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
**Telephone:   (916) 922-9270**
**Facsimile:   (916) 922-2465**
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**SAMUEL CLINTON THOMPSON**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA , | Case No.:  13-cr-00273 MCE |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE |
| vs. | |
| SAMUEL CLINTON THOMPSON | |
| Defendant, | |

It is hereby stipulated by the parties to this action to agree to modify condition number 9, which will read:

You shall participate in the following home confinement program components and abide by all of the requirements of the program, which will include electronic monitoring.  You will abide by the following terms of curfew: You are restricted to your residence every day from 5:00 p.m. to 8:00 a.m. or as directed by the pretrial services officer.  You shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and

operation of said devices as given to you by Pretrial Services Agency and employees of the monitoring company.

All other conditions of release shall remain in full force and effect.

Respectfully submitted,

DATE:  June 18, 2014                          /s/Ron Peters_____
                                             RON PETERS
                                             Attorney for Defendant
                                             **Samuel Clinton Thompson**


DATE:  June 18, 2014                          */s/ Matthew G. Morris_____*
                                             MATTHEW G. MORRIS
                                             **Assistant U.S. Attorney**

**IT IS HEREBY ORDERED**

Pursuant to stipulation of the parties the curfew requirements in Condition #9 are hereby modified.

**IT IS SO ORDERED.**

Dated:  June 20, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE