Law Offices of Ron Peters
RON PETERS (SBN: 45749)
50 Fullerton Court, Suite 207
Sacramento, California 95825
Telephone:   (916) 922-9270
Facsimile:   (916) 922-2465
Email: ronslaw207@sbcglobal.net

Attorney for Defendant
SAMUEL CLINTON THOMPSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:13-CR-00273 MCE |
|---|---|---|
| Plaintiff, | ) ) ) | AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | ) ) | |
| SAMUEL CLINTON THOMPSON | ) ) ) | |
| Defendant | ) ) | |

The Defendant, Samuel Clinton Thompson, through his attorney, Ronald Peters, Esq, and the United States of America, through its counsel of record, Matthew G. Morris, Assistant United States Attorney, hereby stipulate and agree that the status conference scheduled for June 20, 2014, at 9:00 am should be continued to July 31, 2014, at 9:00 a.m.

Defendant's attorney and the government have agreed that additional time is necessary to review the documents and additional discovery, which will be forth coming.

Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and Local Code  T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision from June 20, 2014, to and including July 31, 2014.

///

Respectfully submitted,

DATE: June 17, 2014                    /s/Ron Peters
                                       RON PETERS
                                       Attorney for Defendant
                                       **Samuel Clinton Thompson**

DATE: June 17, 2014                    */s/ Matthew G. Morris*
                                       MATTHEW G. MORRIS
                                       **Assistant U.S. Attorney**

**ORDER**

Based on the stipulation of the parties and good cause appearing, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from June 20, 2014, through and including July 31, 2014, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time for defense counsel to prepare] and (Local Code T4). A new status conference date is hereby set for July 31, 2014, at 9:00 a.m. in Courtroom 7.

It is so ordered.

Dated:   June 20, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT