**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
**Telephone:   (916) 922-9270**
**Facsimile:   (916) 922-2465**
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**SAMUEL CLINTON THOMPSON**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.:  13-CR-00273 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| SAMUEL CLINTON THOMPSON | |
| Defendant | |

The Defendant, Samuel Clinton Thompson, through his attorney, Ronald Peters, Esq, and the United States of America, through its counsel of record, Matthew G. Morris, Assistant United States Attorney, hereby stipulate and agree that the status conference scheduled for July 24, 2014, at 9:00 am should be continued to September 25, 2014, at 9:00 a.m.

Defendant's attorney and the government have agreed that additional time is necessary to review the documents and additional discovery, which will be forth coming.

Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and Local Code  T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision July 24, 2014, to and including September 25, 2014.

///

**Respectfully Submitted,**

DATE:  July 21, 2014              */s/ Matthew G. Morris*
                                  MATTHEW G. MORRIS
                                  **Assistant U.S. Attorney**


DATE:  July 21, 2014              /s/Ron Peters
                                  RON PETERS
                                  Attorney for Defendant
                                  **Samuel Clinton Thompson**

**ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, July 24, 2014, to and including September 25, 2014.

IT IS SO ORDERED.

Dated:  July 22, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT