Law Offices of Ron Peters
RON PETERS (SBN: 45749)
50 Fullerton Court, Suite 207
Sacramento, California 95825
Telephone:   (916) 922-9270
Facsimile:   (916) 922-2465
Email: ronslaw207@sbcglobal.net

Attorney for Defendant
SAMUEL CLINTON THOMPSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SAMUEL CLINTON THOMPSON <br><br> Defendant | No. 2:13-cr-00273-MCE-1 <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

   The Defendant, Samuel Clinton Thompson, through his attorney, Ronald Peters, Esq, and the United States of America, through its counsel of record, Matthew G. Morris, Assistant United States Attorney, hereby stipulate and agree that the status conference scheduled for September 25, 2014, at 9:00 am should be continued to October 30, 2014, at 9:00 a.m.

   Defendant's attorney and the government have agreed that additional time is necessary to review the documents and discovery.

   Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and Local Code  T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision September 25, 2014, to and including October 30, 2014.

**Respectfully Submitted,**

DATE: September 23, 2014            /s/Ron Peters
                                    RON PETERS
                                    Attorney for Defendant
                                    **Samuel Clinton Thompson**

DATE: September 23, 2014            */s/ Matthew G. Morris*
                                    MATTHEW G. MORRIS
                                    **Assistant U.S. Attorney**

## ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, ADOPTS the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the Defendant in a speedy trial, and that the time from the date of the stipulation, September 25, 2014, to and including October, 30, 2014, is EXCLUDED pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and Local Code T-4.  The status conference scheduled for September 25, 2014, at 9:00 am is CONTINUED to October 30, 2014, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  September 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT