**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
**Telephone:   (916) 922-9270**
**Facsimile:   (916) 922-2465**
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**SAMUEL CLINTON THOMPSON**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  13-cr-00273 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| SAMUEL CLINTON THOMPSON | |
| Defendant | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Matthew G. Morris, Assistant United States Attorney, and defendant Samuel Clinton Thompson, through his attorney, Ronald Peters, Esq, hereby stipulate and agree that the status conference scheduled for January 29, 2015 at 9:00 am should be continued to March 19, 2015 at 9:00 a.m.

Defendant continues to be enrolled in an outpatient therapy program that will be relevant to his sentencing guidelines. Defendant intends to present additional information in this regard to the government.

Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and

Local Code T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision January 29, 2015 to and including March 19, 2015.

                                          **Respectfully Submitted,**
                                          **BENJAMIN B. WAGNER**
                                          **United States Attorney**

DATE: January 29, 2015                      */s/ Matthew G. Morris*
                                          MATTHEW G. MORRIS
                                          **Assistant U.S. Attorney**

DATE: January 29, 2015                      /s/Ron Peters
                                          RON PETERS
                                          Attorney for Defendant
                                          **Samuel Clinton Thompson**

**ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, January 29, 2015, to and including March 19, 2015.

IT IS SO ORDERED.

Dated:  February 2, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT