BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-273 |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| SAMUEL THOMPSON, | DATE: March 19, 2015 |
| Defendant. | TIME: 9:00 a.m. COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.      By previous order, this matter was set for status on March 19, 2015.

2.      By this stipulation, defendants now move to continue the status conference until April 9, 2015, and to exclude time between March 19, 2015, and April 9, 2015, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes agent reports and electronic evidence contained on computers.  All of this discovery has been either produced directly to counsel and/or made available for inspection or copying. Defense counsel and the law enforcement agents are arranging for a review of materials that cannot be turned over directly due to the provisions of 18 U.S.C. § 3509(m).

        b)      Counsel for defendant desires additional time to accumulate and review medical reports related to the defendant, and to review electronic evidence.

c)       Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)       The government does not object to the continuance.

e)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 19, 2015 to April 9, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4        IT IS SO STIPULATED.

5

6  Dated:  March 16, 2015                          BENJAMIN B. WAGNER
                                                   United States Attorney

7

8                                                  /s/ MATTHEW G. MORRIS
                                                   MATTHEW G. MORRIS
9                                                  Assistant United States Attorney

10

11

12  Dated:  March 16, 2015                         /s/ Ronald Peters

13                                                 RONALD PETERS
                                                   Counsel for Defendant
14                                                 Samuel Thompson

15

16

17                              **ORDER**

18        IT IS SO ORDERED.

19  Dated:  March 19, 2015

20

21                                                 MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                   UNITED STATES DISTRICT COURT
22

23

24

25

26

27

28