1

**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**

2

**50 Fullerton Court, Suite 207**

3

**Sacramento, California 95825**
**Telephone:   (916) 922-9270**

4

**Facsimile:   (916) 922-2465**
**Email: ronslaw207@sbcglobal.net**

5

6

**Attorney for Defendant**

7

**SAMUEL CLINTON THOMPSON**

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

**UNITED STATES OF AMERICA,**          )   **Case No.:  13-00273 MCE**
                                      )

11

                                      )

                                      )

12

             **Plaintiff,**          )   **STIPULATION AND ORDER TO**
                                      )   **CONTINUE STATUS CONFERENCE**

**vs.**                                 )

13

                                      )

14

**SAMUEL CLINTON THOMPSON**            )
                                      )

15

             **Defendant**          )
                                      )

16

_____ )

17

      The United States of America, through its counsels of record, Benjamin B. Wagner,

18

19

United States Attorney for the Eastern District of California, and Matthew G. Morris, Assistant

20

United States Attorney, and defendant Samuel Clinton Thompson, through his attorney, Ronald

21

Peters, Esq, hereby stipulate and agree that the status conference scheduled for April 9, 2015, at

22

9:00 am should be continued to May 21, 2015 at 9:00 a.m.

23

      Defendant continues to be enrolled in an outpatient therapy program that will be relevant

24

to his sentencing guidelines. Defendant intends to present additional information in this regard to

25

the government.

26

27

      Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and

28

**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**

Local Code  T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision April 9, 2015 to and including May 21, 2015.

**Respectfully Submitted,**
**BENJAMIN B. WAGNER**
**United States Attorney**

DATE: April 9, 2015                    */s/ Matthew G. Morris*
                                       MATTHEW G. MORRIS
                                       **Assistant U.S. Attorney**

DATE: April 9, 2015                    /s/Ron Peters
                                       RON PETERS
                                       Attorney for Defendant
                                       **Samuel Clinton Thompson**

**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**

**ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, April 9, 2015, to and including May 21, 2015.

IT IS SO ORDERED.

Dated:  April 20, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**