Law Offices of Ron Peters
RON PETERS (SBN: 45749)
50 Fullerton Court, Suite 207
Sacramento, California 95825
Telephone:   (916) 922-9270
Facsimile:   (916) 922-2465
Email: ronslaw207@sbcglobal.net

Attorney for Defendant
SAMUEL CLINTON THOMPSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 13-00273 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| SAMUEL CLINTON THOMPSON | |
| Defendant | |

    The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Matthew G. Morris, Assistant United States Attorney, and defendant Samuel Clinton Thompson, through his attorney, Ronald Peters, Esq, hereby stipulate and agree that the status conference scheduled for August 6, 2015 at 9:00 am should be continued to August 20, 2015 at 9:00 a.m.

    Defendant continues to be enrolled in an outpatient therapy program that will be relevant to his sentencing guidelines. Defendant intends to present additional information in this regard to the government.

    Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and

Local Code T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision August 6, 2015 to and including August 20, 2015.

                                                **Respectfully Submitted,**
                                                **BENJAMIN B. WAGNER**
                                                **United States Attorney**

DATE: July 2, 2015                            */s/ Matthew G. Morris*
                                                MATTHEW G. MORRIS
                                                **Assistant U.S. Attorney**

DATE: July 2, 2015                            /s/Ron Peters
                                                RON PETERS
                                                Attorney for Defendant
                                                **Samuel Clinton Thompson**

**ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, August 6, 2015, to and including August 20, 2015.

IT IS SO ORDERED.

Dated:   July 8, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT