**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
Telephone:   (916) 922-9270
Facsimile:   (916) 922-2465
Email: ronslaw207@sbcglobal.net

**Attorney for Defendant**
**SAMUEL CLINTON THOMPSON**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SAMUEL CLINTON THOMPSON <br><br> Defendant | Case No.:  13-00273 MCE <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Matthew G. Morris, Assistant United States Attorney, and defendant Samuel Clinton Thompson, through his attorney, Ronald Peters, Esq, hereby stipulate and agree that the status conference scheduled for August 20, 2015 at 9:00 am should be continued to September 17, 2015 at 9:00 a.m.

Defendant's attorney has a conflict in State Superior Court that was scheduled after the last continuance. Accordingly, a Local Rule T-4 exclusion would be appropriate and preparation and continuity of counsel.

Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and

Local Code T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision August 20, 2015 to and including September 17, 2015.

                                                **Respectfully Submitted,**
                                                **BENJAMIN B. WAGNER**
                                                **United States Attorney**

DATE: August 18, 2015                      */s/ Matthew G. Morris*
                                                MATTHEW G. MORRIS
                                                **Assistant U.S. Attorney**

DATE: August 18, 2015                      /s/Ron Peters
                                                RON PETERS
                                                Attorney for Defendant
                                                **Samuel Clinton Thompson**

**ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, August 20, 2015, to and including September 17, 2015.

IT IS SO ORDERED.

Dated:   August 19, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT