**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
**Telephone:   (916) 922-9270**
**Facsimile:   (916) 922-2465**
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**SAMUEL CLINTON THOMPSON**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.:  **13-00273 GEB** |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| **SAMUEL CLINTON THOMPSON** | |
| Defendant | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Matthew G. Morris, Assistant United States Attorney, and defendant Samuel Clinton Thompson, through his attorney, Ronald Peters, Esq, hereby stipulate and agree that the status conference scheduled for April 22, 2016, at 9:00 am should be continued to May 13, 2016 at 9:00 a.m.

The defendant is reviewing a plea agreement that will be dipositive in this case. The defendant needs additional time to prepare a motion for the court addressing the detention status.

Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and Local Code T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision April 22, 2016 to and including May 13, 2016.

|   |   |
|---|---|
|   | **Respectfully Submitted,** |
|   | **BENJAMIN B. WAGNER** |
|   | **United States Attorney** |
| DATE: April 22, 2016 | */s/ Matthew G. Morris*_____ |
|   | MATTHEW G. MORRIS |
|   | **Assistant U.S. Attorney** |
| DATE: April 22, 2016 | /s/Ron Peters |
|   | RON PETERS |
|   | Attorney for Defendant |
|   | **Samuel Clinton Thompson** |

**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**

**ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, April 22, 2016, to and including May 13, 2016.

It is so ordered.

Dated:  April 19, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge