**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**901 H Street, Suite 611**
**Sacramento, California 95814**
**Telephone:   (916) 322-2472**
**Facsimile:   (916) 322-3208**
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**SAMUEL CLINTON THOMPSON**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  13-00273 MCE |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE |
| vs. | |
| SAMUEL CLINTON THOMPSON | |
| Defendant | |

It is hereby stipulated by the parties to this action to agree to modify condition number 9, which will read:

You shall participate in the following home confinement program components and abide by all of the requirements of the program, which will include electronic monitoring.  CURFEW: You are restricted to your residence every day from 10:00 p.m. to 8:00 a.m. or as directed by the pretrial services officer to facilitate visits with his son residing in Chico, California.  You shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by Pretrial Services Agency and employees of the monitoring company.

All other conditions of release shall remain in full force and effect.

DATE: June 21, 2016     /s/Ron Peters
                        RON PETERS
                        Attorney for Defendant
                        **Samuel Clinton Thompson**

DATE: June 21, 2016     */s/ Ron Peters for Matthew G. Morris*
                        MATTHEW G. MORRIS
                        **Assistant U.S. Attorney**

## **Order**

Pursuant to stipulation of parties the conditions of pretrial services are modified as follows:

You are restricted to your residence every day from 10:00 p.m. to 8:00 a.m. or as directed by the pretrial services officer to facilitate visits with his son residing in Chico, California.

It is so ordered.

Dated: June 29, 2016.

Edmund F. Brennan
United States Magistrate Judge