**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
**Telephone:   (916) 922-9270**
**Facsimile:   (916) 922-2465**
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**SAMUEL CLINTON THOMPSON**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA ,** ) | **Case No.:  2:13−CR−00273−GEB** |
| ) | |
| **Plaintiff,** ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE STATUS CONFERENCE** |
| **vs.** ) | |
| ) | |
| **SAMUEL CLINTON THOMPSON** ) | |
| ) | |
| **Defendant** ) | |
| ———————————————— ) | |

     The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Matthew G. Morris, Assistant United States Attorney, and defendant Samuel Clinton Thompson, through his attorney, Ronald Peters, Esq, hereby stipulate and agree that the status conference scheduled for October 21, 2016 at 9:00 am should be continued to November 4, 2016 at 9:00 a.m.

     The defendant needs additional time to obtain documents in support of his Memorandum in Aide of Sentencing addressing 3553 issues. Accordingly the defendant agrees that Local Rule T-4 exclusion would be applicable.

     Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and

Local Code T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that

time be excluded under this provision October 21, 2016 to and including November 4, 2016.


**Respectfully Submitted,**
**BENJAMIN B. WAGNER**
**United States Attorney**


DATE: September 8, 2016            */s/ Ron Peters for Matthew G. Morris*
                                    MATTHEW G. MORRIS
                                    **Assistant U.S. Attorney**


DATE: September 8, 2016            /s/Ron Peters
                                    RON PETERS
                                    Attorney for Defendant
                                    **Samuel Clinton Thompson**

## PROPOSED ORDER

The Court, having considered the stipulation of the parties, reschedules sentencing from

October 21, 2016 to November 4, 2016, commencing at 9:00 a.m.

Dated:  September 8, 2016

_____

GARLAND E. BURRELL, JR.
Senior United States District Judge

**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**