PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-273 |
|---|---|
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING |
| v. | DATE: November 4, 2016 |
| SAMUEL THOMPSON, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Garland E. Burrell, Jr. |

The parties, by and through the undersigned attorneys of record, stipulate and request as follows:

By previous order, this matter was set for entry of judgment and sentence on October 4, 2016. The parties request that the matter be continued to January 27, 2017 at 9:00 a.m. The purpose for the continuance is to allow the government and the defendant time to meet and confer about how best to address the new charges that have been alleged against the defendant in case number 2:16-mj-182, filed on October 12, 2016.

The probation officer has been informed that the parties intended to vacate sentencing and continue the matter and does not object.

**SO STIPULATED.**

Dated: November 3, 2016                                 PHILLIP A. TALBERT
                                                        Acting United States Attorney

                                                By:    /s/ MATTHEW G. MORRIS
                                                       MATTHEW G. MORRIS
                                                       Assistant United States Attorney

Dated: November 3, 2016                         By:    /s/ Ron Peters (auth by email)
                                                       Attorney for Samuel Thompson

**SO ORDERED.**

Dated: November 3, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION TO CONTINUE SENTENCING                              2