UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>SAMUEL THOMPSON,<br>　　　　Defendant. | No. 2:13-CR-273-GEB<br><br>RELATED CASE ORDER |
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>SAMUEL THOMPSON,<br>　　　　Defendant. | No. 2:16-CR-232-KJM |

On December 12, 2016, the United States of America filed a "Notice of Related Cases" in which it explains that the above captioned cases are related.

Examination of the above captioned cases reveals they are related within the meaning of Local Rule 123. Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned. Therefore, action 2:16-cr-232-KJM is reassigned to the undersigned judge for all further proceedings, and the caption on

1

the reassigned case shall show the initials "GEB."  The Clerk shall make an appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

Dated:  December 13, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge