1  PHILLIP A. TALBERT
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                CASE NO. 2:13-CR-273-GEB

12                Plaintiff,                RELATED CASE 2:16-CR-232-GEB

13         v.                               STIPULATION AND PROPOSED ORDER TO
                                            CONTINUE SENTENCING AND STATUS
14 SAMUEL THOMPSON,                         HEARINGS

15                Defendant.                DATE: January 27, 2017
                                            TIME: 9:00 a.m.
16                                          COURT: Hon. Garland E. Burrell, Jr.

17     The parties, by and through the undersigned attorneys of record, stipulate and request as follows:

18     By previous order, this matter was set in case number 2:13-cr-273 for entry of judgment and

19 sentence on January 27, 2017. The parties stipulate and request:

20     1. That case 2:13-cr-273-GEB be continued to March 3, 2017 at 9:00 a.m. for a hearing on the

21        status regarding judgment and sentencing.

22     2. That case 2:16-cr-232-GEB be set for a status hearing on March 3, 2017 at 9:00 a.m.

23        a. The parties agree and stipulate, and request that the Court find the following:

24            i. The government has represented that the discovery associated with case 2:16-

25               cr-232-GEB includes more than one hundred pages of discovery and

26               electronic devices that the government alleges contain material that cannot be

27               turned over due to the presence of contraband. All of this discovery has

28               either been produced directly to counsel and/or made available for inspection

and copying.

    ii. Counsel for defendant desires additional time to review the discovery and consider options for resolution or trial.

    iii. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    iv. The government does not object to the continuance.

    v. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    vi. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 27, 2017 to March 3, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**SO STIPULATED.**

Dated: January 26, 2017        PHILLIP A. TALBERT
                                          United States Attorney

                                      By: /s/ MATTHEW G. MORRIS
                                          MATTHEW G. MORRIS
                                          Assistant United States Attorney

Dated: January 26, 2017        By: /s/ Ron Peters (auth by email)

_____
Attorney for Samuel Thompson

**SO ORDERED.**
Dated: January 26, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge