**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**901 H Street, Suite 611**
**Sacramento, California 95814**
**Telephone:   (916) 322-2472**
**Facsimile:   (916) 322-3208**
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**SAMUEL CLINTON THOMPSON**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No.:  2:13−CR−00273−GEB** |
| **Plaintiff,** | **Related Case 2:16-CR-232 GEB** |
| vs. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| **SAMUEL CLINTON THOMPSON** | |
| **Defendant** | |

    The United States of America, through its counsels of record, Phillip A. Talbert, United States Attorney for the Eastern District of California, and Matthew G. Morris, Assistant United States Attorney, and defendant Samuel Clinton Thompson, through his attorney, Ronald Peters, Esq, hereby stipulate and agree that the status conference scheduled for March 3, 2017 at 9:00 am should be continued to March 24, 2017 at 9:00 a.m.

    The defense intends to discover additional information to the government, which may affect sentencing. It is anticipated that the defendant will enter a plea at the next hearing.

    Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and

Local Code T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision March 3, 2017 to and including March 24, 2017.

                                                        **Respectfully Submitted,**
                                                        **BENJAMIN B. WAGNER**
                                                        **United States Attorney**

DATE: March 1, 2017                              */s/ Ron Peters for Matthew G. Morris*
                                                        MATTHEW G. MORRIS
                                                        **Assistant U.S. Attorney**

DATE: March 1, 2017                              /s/Ron Peters
                                                        RON PETERS
                                                        Attorney for Defendant
                                                       **Samuel Clinton Thompson**

**PROPOSED ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, March 3, 2017, to and including March 24, 2017.

It is so ordered.

Dated:   March 1, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge