**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
**Telephone:   (916) 922-9270**
**Facsimile:   (916) 922-2465**
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**SAMUEL CLINTON THOMPSON**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 13-00273 GEB |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| vs. | |
| SAMUEL CLINTON THOMPSON | |
| Defendant | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Matthew G. Morris, Assistant United States Attorney, and defendant Samuel Clinton Thompson, through his attorney, Ronald Peters, Esq, hereby stipulate and agree that the sentencing scheduled for April 28, 2017 at 9:00 am should be continued to June 16, 2017 at 9:00 a.m.

Defendant needs additional time to prepare a Memorandum in Aid of Sentencing primarily addressing 3553 factors.

Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and Local Code T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision April 28, 2017 to and including June 16, 2017.

                                            **Respectfully Submitted,**
                                            **BENJAMIN B. WAGNER**
                                            **United States Attorney**

DATE: April 26, 2017                        */s/ Matthew G. Morris*_____
                                            MATTHEW G. MORRIS
                                            **Assistant U.S. Attorney**


DATE: April 26, 2017                        /s/Ron Peters
                                            RON PETERS
                                            Attorney for Defendant
                                            **Samuel Clinton Thompson**

**ORDER**

Sentencing is rescheduled to commence at 9:00 a.m. on June 16, 2017.

Dated: April 26, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

**STIPULATION AND ORDER TO CONTINUE SENTENCING**