1  MCGREGOR W. SCOTT
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-00273-GEB |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| SAMUEL THOMPSON, | |
| Defendant. | |

WHEREAS, on June 2, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Samuel Thompson forfeiting to the United States the following property:

    a.    Two custom built desktop computer with two hard drives.

AND WHEREAS, beginning on June 16, 2016, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Samuel Thompson.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED.

Dated: June 13, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge